UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL RATTIGAN, et al.,

      Plaintiffs,

v.                                            No.3:05-cv-1156-J-12MMH

CIGNA HEALTHCARE OF
FLORIDA, INC., etc.,

      Defendant.

_____

## O R D E R

This cause is before the Court on the parties' "Joint Motion to Stay All Proceedings ...")(Doc.11). Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That the parties' "Joint Motion to Stay All Proceedings ...")(Doc.11) is granted;

2. That this cause is hereby stayed and the Clerk is directed to administratively close this case; and

3. That upon completion of the administrative procedures referenced in their motion, the parties shall promptly file either a motion to reopen the case, a notice indicating that the case may be closed permanently, or such other submission as they deem appropriate.

**DONE AND ORDERED** this __29TH__ day of November 2005.

_Howell W. Melton_
Senior United States District Judge

c: Counsel of Record